**Anna Temple, Appellee, v. City of Chicago, Appellant.**

**Gen. No. 40,869.** 

Heard in second division, first district, at October term, 1939; opinion filed December 27, 1939. Barnet Hodes, Corporation Counsel, for appellant; Alexander J. Resa, L. Louis Karton and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Nathan Allen, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''